**No. 65040.**—New York Merchandise Co., Inc., and The American Import Company *v.* United States, protests 59/31845 and 59/29212 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of beads the same in all material respects as those the subject of *United States* v. *S. H. Kress & Co.* (46 C.C.P.A. 135, C.A.D. 716), the claim of the plaintiffs was sustained.